

# IN THE
# TENTH COURT OF APPEALS

## No. 10-08-00224-CR

**KENNETH ANDREW RILEY,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 87th District Court**
**Freestone County, Texas**
**Trial Court No. 07-040-CR**

## MEMORANDUM OPINION

Kenneth Andrew Riley appeals from a plea-bargained judgment of conviction for the manufacture of methamphetamine. The Clerk of this Court warned Riley that because the trial court noted on the certification of defendant's right of appeal that the case was a plea bargain and that he had no right of appeal, the Court might dismiss the appeal unless, within 21 days, we received a certification stating that Riley has a right to appeal or a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 25.2(d); *Chavez v. State,* 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Riley has not responded to the Clerk's warning, and we have not received a certification stating that Riley has a right to appeal. This appeal is dismissed. *See Chavez,* 183 S.W.3d at 680; *Davis v. State,* 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.).


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Dismissed
Opinion delivered and filed March 4, 2009
Do not publish
[CR25]